**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CHRISTIAN NUNEZ,

                Plaintiff,                22 **CIVIL** 9100 (MKV)(SDA)

      -against-                          **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 24, 2024, the Court ADOPTS the Report and Recommendation in full. Plaintiff's motion to remand the 2022 ALJ decision is GRANTED, and the Commissioner's motion for judgment on the pleadings affirming the ALJ decision is DENIED. This action is remanded for further administrative proceedings consistent with the Report and Recommendation.

**Dated:** New York, New York

      January 24, 2024

                                                  **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                       **BY:**

                                                  **Deputy Clerk**